# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| FORESIGHT APPLICATIONS & SYSTEMS | ) | 13-13290-SBB |
| TECHNOLOGIES, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| Employer's Tax Identification | ) | |
| No. [if any]: 84-1613587 | ) | |
| _____ | ) | |
| | ) | |
| FORESIGHT APPLICATIONS & SYSTEMS | ) | |
| TECHNOLOGIES, L.L.C., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 14-01239-SBB |
| NHM INTERESTS, LLC, | ) | |
| Defendant. | ) | |

## ORDER ON DEFENDANT'S MOTION TO DISMISS

THIS MATTER comes before the Court on the Motion of NHM Interests, LLC to Dismiss Proceeding with Predjudice [sic] or, in the Alternative, to Withdraw the Reference filed June 19, 2014 (Docket #5 and Docket #9) and the Plaintiff's Response to NHM's Motion to Dismiss with Prejudice, and Objection to NHM's Alternative Motion to Withdraw the Reference filed July 11, 2014 (Docket #19 and Docket #20).  The Court, having reviewed the pleadings and the within case file,

DOES FIND that the Defendant has combined the relief sought—request for dismissal of the within adversary proceeding as well as withdrawal of the reference of the issues raised in this proceeding to the U.S. District Court—in the same pleading filed on June 19, 2014.  As a result, the Plaintiff has combined its response to the requests for relief, into a single pleading filed on July 11, 2014.  The issues raised in the Motion seeking withdrawal of the reference are considered by the U.S. District Court and are not considered by the undersigned Judge. And the issues raised in the Motion to Dismiss are considered by the undersigned Judge and not by the U.S. District Court.  It appears appropriate to this Court to  refrain from considering the Defendant's request for dismissal until such time as the U.S. District Court has considered the request for withdrawal of the reference.

IT IS THEREFORE ORDERED that this Court shall hold the Defendant's request for dismissal of this adversary proceeding in abeyance, until after the U.S. District Court has issued its ruling on the Defendant's request for withdrawal of the reference.  The Defendant shall advise

this Court, in writing, on or before **September 16, 2014,** as to the status of the within adversary proceeding and the Defendant's request for withdrawal of the reference.

    Dated this 16th day of July, 2014.

BY THE COURT:

*Sid Brooks*

Sidney B. Brooks,
United States Bankruptcy Judge